UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 22, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| Althea Shackelford, § § § Plaintiff, § § versus § § Specialized Loan Servicing, LLC, et al., § § Defendants. § | Civil Action H-22-3496 |

## Order to Report

1. The initial conference set for December 1, 2022 is cancelled. (5)

2. By December 9, 2022, the parties must jointly report:

   A. The status of the parties' dispute and any action taken in state court;

   B. Specific and detailed categories of discovery needed to advance the litigation and the parties' plans to complete such discovery with expedience;

   C. Whether and when the parties anticipate filing dispositive motions; and

   D. Whether the parties are willing to mediate the case and, if so, the name and contact information for an agreed-upon mediator and the date by which the parties can mediate.

Signed on November 22, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge