IN THE UNITED STATES DISTRCT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ALTHEA SHACKELFORD,** § § | |
| Plaintiff, § § | |
| v. § | **Civil Action No. 4:22-cv-3496** |
| § | |
| **SPECIALIZED LOAN SERVICING LLC, and U.S. BANK, N.A.,** § § § | |
| § | |
| Defendants. § | |

### ORDER STRIKING PLAINTIFF'S SURREPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**CAME ON TO BE CONSIDERED** the Motion to Strike Plaintiff's Surreply to Defendants' Motion for Summary Judgment Complaint ("the Motion") filed by Defendants U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust Series 2007-2, TBW Mortgage Pass-Through Certificates, Series 2007-2 ("Defendants"). Having considered the Motion, and any responses and replies thereto on file, the Court determines that the Motion bears merit and should be granted.

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's Response to Defendants' Reply in Support of Motion for Summary Judgment [ECF Document No. 21] filed by Plaintiff Althea Shackelford is hereby STRICKEN.

**SIGNED** this _____ day of _____, 202__.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**